# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

WALTER PERSON,

    Plaintiff,

v.

SUZANNE PEERY, et al.,

    Defendants.

No. 2:20-cv-00622 KJM DB P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Walter Person, XREF# 2905028, a necessary and material witness in a settlement conference in this case on September 13, 2021, is confined in the Rio Cosumnes Correctional Center (RCCC), in the custody of the Sheriff. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, by telephonic-conferencing from his place of confinement, on Monday, September 13, 2021 at 9:30 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, by telephonic-conferencing, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Telephonic-conferencing connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Out to Court Desk at the Rio Cosumnes Correctional Center at (916) 854-9799 or via email.

4. If RCCC officials have any questions concerning the telephonic connection or difficulty connecting, they shall contact Judy Streeter, Courtroom Deputy, at jstreeter@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Sheriff, RCCC, 12500 Bruceville Road, Elk Grove, California 95757:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, by telephonic-conferencing, until completion of the settlement conference or as ordered by the court.

////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: July 27, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/person0622.841T