UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PERSON,<br><br>   Plaintiff,<br><br>  v.<br><br>SUZANNE PEERY, et al.,<br><br>   Defendants. | No. 2:20-cv-00622 KJM DB P<br><br><br>ORDER |

  Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

  On September 13, 2021, the parties conducted a settlement conference before Judge Carolyn K. Delaney as a part of the Post-Screening ADR (Alternative Dispute Resolution) Project. (ECF No. 28.) During that settlement conference, the parties successfully agreed to a settlement of this action. (Id.) The court ordered that disposition documents be filed within thirty days of the settlement conference. (Id.) This allotted time has passed. No documents have been filed with the court and no extensions of time have been sought in order to do so. Accordingly, the court will direct counsel for the defendants to inform the court of the current status of the disposition documents for the settlement in this action.

////

1

1    For the foregoing reasons, IT IS HEREBY ORDERED that within thirty days of the date
2 of this order, counsel for the defendant shall inform the court of the current status of this action
3 and the disposition documents.
4 Dated:  January 25, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/pers0622.status

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE R. GOVEA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT W. FOX, et al.,<br><br>  Defendants. | No. 2:15-cv-2545 DB P<br><br><u>PLAINTIFF'S NOTICE ON HOW TO PROCEED</u> |

Check one:

\_\_\_\_\_ Plaintiff wants to proceed immediately on his Eighth Amendment claims against defendants Fox, Clark, Bick, Lewis, and the ten Doe defendant members of the Institutional Utilization Management Committee without amending the complaint. Plaintiff understands that by going forward without amending the complaint he is voluntarily dismissing his state law negligence claim and his Eighth Amendment claim against defendant Wolfson without prejudice.

\_\_\_\_\_ Plaintiff wants to amend the complaint.

DATED:_____

                                                                                            Ronnie R. Govea<br>
                                                                                            Plaintiff pro se