UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>SUZANNE PEERY, et al.,<br><br>  Defendants. | No. 2:20-cv-00622 KJM DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On January 26, 2022, defendants filed a stipulation of dismissal signed by both the plaintiff and defendant counsel. (ECF No. 30.) The stipulated dismissal states that plaintiff voluntarily dismisses, with prejudice, the entire action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. (Id. at 1.)

Under Rule 41(a)(1) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action without a court order pursuant to "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Unless the notice provided by the plaintiff states otherwise or plaintiff has previously dismissed a state or federal action based on this claim, such a dismissal would be without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

In the present case, parties have submitted a stipulation of dismissal signed by all active parties who have appeared. (ECF No. 30 at 1-2.) Thus, plaintiff may voluntarily dismiss this

action without a court order.  Parties have provided notice for dismissal under Rule 41(a)(1).  The stipulation signed by both parties also states that the action is to be dismissed with prejudice.  (Id. at 1.)

Accordingly, plaintiff has dismissed this action in its entirety with prejudice pursuant to Rule 41(a)(1).  The Clerk of Court is ORDERED to close this action.

Dated:  January 28, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/pers0622.stipdism